IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON, ADC # 162451;
AUSTIN HORRIN; and DONALD HAVENS         PLAINTIFFS

v.         No. 3:15-cv-388-DPM

BRYAN BUTTI, Officer, Poinsett County
Detention Center, and MELLISA QUALLS,
Officer, Poinsett County Detention Center         DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 December 2016